ERNEST J. PIRMAN, Appellant, v. ALLAN A. KURTZ et al., Respondents. (Action No. 1.)  HARRY WYNROTH et al., Respondents, v. RUTH D. PIRMAN et al., Appellants.  (Action No. 2.)

All concur.

In the Matter of CHARLES A. BIRNEY, Appellant, against JOSEPH V. O'LEARY, as Comptroller, ARTHUR W. BRANDT, as Superintendent of Public Works, and GRACE A. REAVY et al., as Commissioners of Civil Service of the State of New York, Respondents.—

All concur.

In the Matter of ALLITE FUND, INC., a Proposed Membership Corporation, Respondent, against MICHAEL F. WALSH, as Secretary of State of the State of New York, Appellant.—

All concur.